**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 18-MJ-164** |
| | : | |
| **OMAR SALAH ELBAKKOUSH,** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(i)** |
| Defendant. | : | **(Unlawful Distribution of One Hundred** |
| | : | **Grams or More of Heroin)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm by a** |
| | : | **Person Convicted of a Crime Punishable** |
| | : | **by Imprisonment for a Term Exceeding** |
| | : | **One Year)** |
| | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying and Possessing a** |
| | : | **Firearm During a Drug Trafficking** |
| | : | **Offense)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d);** |
| | : | **21 U.S.C. § 853(a) and (p); and** |
| | : | **28 U.S.C. § 2461(c)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 1, 2018, within the District of Columbia, **OMAR SALAH ELBAKKOUSH**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was one hundred grams or more.

(**Unlawful Distribution of One Hundred Grams or More Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i))

## COUNT TWO

Between on or about November 1, 2018, and on or about November 29, 2018, within the District of Columbia, **OMAR SALAH ELBAKKOUSH,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia Circuit Court, Criminal Case No. FE-2015-0001271, did unlawfully and knowingly receive and possess firearms, namely, a Glock Model 22, .40 caliber semi-automatic pistol, a Smith and Wesson Model 36, .38 special revolver, a Smith and Wesson Model 63, .22 caliber revolver, and a Hi Point Model C9, 9mm semi-automatic pistol, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about November 29, 2018, within the District of Columbia, **OMAR SALAH ELBAKKOUSH**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was one hundred grams or more.

> (**Unlawful Distribution of One Hundred Grams or More Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i))

## COUNT FOUR

On or about November 29, 2018, within the District of Columbia, **OMAR SALAH ELBAKKOUSH**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, firearms,

namely, a Glock Model 22, .40 caliber semi-automatic pistol, a Smith and Wesson Model 36, .38 special revolver, a Smith and Wesson Model 63, .22 caliber revolver, and a Hi Point Model C9, 9mm semi-automatic pistol.

>(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## FORFEITURE ALLEGATION

1.    Upon conviction of either of the offenses alleged in Count One and/or Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses in the amount of approximately $11,500 in United States currency for the offense alleged on November 1, 2018, and approximately $10,300 in United States currency for the offense alleged on November 29, 2018.

2.    Upon conviction of the offense alleged in Count Two and Four of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to firearms, namely, a Glock Model 22, .40 caliber semi-automatic pistol, a Smith and Wesson Model 36, .38 special revolver, a Smith and Wesson Model 63, .22 caliber revolver, and a Hi Point Model C9, 9mm semi-automatic pistol.

3.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia